# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

In Re: Application for Exemption
from the Electronic Public Access Fees
by Alexander Zentefis

**Misc. File No. 23-mc-4025**

This matter is before the Court upon the application and request by **Alexander Zentefis** for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that **Alexander Zentefis** as **an individual researcher associated with an educational institution** falls within the class of users listed in the fee schedule as being eligible for a fee exemption.  Additionally, **Alexander Zentefis** has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.  Accordingly, **Alexander Zentefis** shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of **the research project being conducted at Yale University.**

**Alexander Zentefis** shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.  Additionally, the following limitations apply:

1.      this fee exemption applies only to **Alexander Zentefis** and is valid only for the purposes stated above;

2.      this fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3.      by accepting this exemption, **Alexander Zentefis** agrees not to sell for profit any data obtained as a result of receiving this exemption;

4.      **Alexander Zentefis** is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases;

5.      this exemption is valid **through August 31, 2024.** This exemption may be revoked at the discretion of the Court at any time.  A copy of this Order shall be sent to PACER Service Center.

Dated this 19th day of August, 2023

_____

**Sara Darrow, Chief Judge**